WVND/ATTY- (10/06) Notice of Change of Attorney Information

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF WEST VIRGINIA
### AT Clarksburg

**In Re Monitronics International Inc., Telephone Consumer Protection Act**

V.

**NOTICE OF CHANGE OF ATTORNEY INFORMATION**

Case Number: **1:13-MD-2493**

Name of attorney: **Charles R. Pinkerton**

West Virginia Bar ID No.: **12249**    -or-    ☐ Out of State Attorney

### ❖ TO UPDATE NAME OR FIRM INFORMATION ❖

*(Note: Please file a separate Notice of Change of Attorney Information form per case per attorney)*

Attorney name change:

From: **Compton & Associates, PLLC**

To: **Pinkerton Law Practice, PLLC**

New firm/government agency name: 

New address: **235 High St., Suite 228, Morgantown WV 26505**

New telephone number: **304.692.9800**

New facsimile number: **304.381.4047**

New e-mail address: **cpinkerton@pinkertonlawpracticepllc.com**
*(provide only if you are a registered E-filer with this court)*