UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

| | |
|---|---|
| IN RE: MONITRONICS INTERNATIONAL, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION | No. 1:13-md-02493-IMK-JSK |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | PLAINTIFFS' THIRD SUPPLEMENTAL STATEMENT |

Pursuant to the Court's July 29, 2014, order, Plaintiffs submit this Third Supplemental Statement to provide details of the calls to and telephone numbers for each Plaintiff added in the First Amended Master Consolidated. This Third Supplemental Statement is based on the facts known to date and Plaintiffs will revise or supplement this Statement as necessary.

### I. Plaintiff Philip Charvat

A. Plaintiff's Telephone Number(s), Type and Company

| Phone Number | Type | Carrier | National Do-Not-Call Registration |
|---|---|---|---|
| ███-8940 | Residential | AT&T | September 12, 2011 |
| ███-1351 | Residential | AT&T | September 12, 2011 |

B. Call Details for ███-8940

| Date | Time | Caller Phone | Dealer Name[1] |
|---|---|---|---|
| 9/15/09 | 1:10 P.M. | 401-490-3493 | VMS Alarms |
| 9/15/09 | 5:20 P.M. | 401-490-2735 | VMS Alarms[2] |

---

[1] "Dealer Name" refers either to the name or identifying information used by the caller when speaking with or leaving a message for a Plaintiff or has been determined through the consumer's investigation.

[2] During this call, the Plaintiff requested that he receive no more calls from VMS.

| Date | Time | Caller Phone | Dealer Name[1] |
|---|---|---|---|
| 12/08/09 | 11:12 A.M. | 401-427-0929 | VMS Alarms |
| 12/14/09 | 7:58 P.M. | 401-401-4010 | VMS Alarms |
| 12/16/09 | 1:52 P.M. | 401-490-3493 | VMS Alarms |
| 12/17/09 | 12:45 P.M. | 508-463-3018 | VMS Alarms |
| 1/7/11 | 5:15 P.M. | 918-442-0729 | VMS Alarms |
| 1/7/11 | 5:25 P.M. | 401-434-4585 | VMS Alarms |
| 1/10/11 | 8:40 P.M. | N/A | VMS Alarms |
| 2/28/11 | 11:13 A.M. | 202-495-7111 | VMS Alarms |
| 2/28/11 | 11:20 A.M. | N/A | VMS Alarms |
| 2/2/12 | 7:18 P.M. | 404-213-5512 | VMS Alarms |
| 7/18/2012 | 6:35 P.M. | N/A | ISI Alarms/Security Solutions |
| 7/24/2012 | 12:25 P.M. | N/A | ISI Alarms/Security Solutions |
| 7/27/2012 | 4:00 P.M. | N/A | ISI Alarms/Security Solutions |
| 7/31/2012 | 7:53 P.M. | 800-650-2702 | ISI Alarms/Security Solutions |
| 8/7/2012 | 11:45 A.M. | 800-385-3079 | Alliance/Security Solutions |
| 9/11/2012 | 11:08 A.M. | 866-201-4666 | ISI Alarms |
| 9/25/2012 | 2:45 P.M. | 877-746-2559 | Alliance |
| 8/23/2013 | 1:05 A.M. | N/A | Alliance |
| 10/17/2013 | 4:45 P.M. | N/A | Alliance |

C.  Call Details for ▇▇▇▇-1351

| Date | Time | Caller Phone | Dealer Name[1] |
|---|---|---|---|
| 12/07/09 | 11:38 A.M. | 401-401-4010 | VMS Alarms |
| 12/07/09 | 11:40 A.M. | 401-401-4010 | VMS Alarms |

| Date | Time | Caller Phone | Dealer Name[1] |
|---|---|---|---|
| 12/16/09 | 10:25 A.M. | 401-490-3493 | VMS Alarms[3] |
| 11/18/10 | 8:53 P.M. | Blocked | VMS Alarms/TSS Survey |
| 11/19/10 | 3:02 P.M. | Blocked | VMS Alarms/TSS Survey |
| 11/23/10 | 4:59 P.M. | N/A | VMS Alarms |
| 11/23/10 | 5:20 P.M. | Blocked | VMS Alarms |
| 11/23/10 | 5:32 P.M. | Blocked | VMS Alarms |
| 12/13/11 | 4:40 P.M. | 614-253-4544 | VMS Alarms |
| 1/31/13 | 1:57 P.M. | N/A | Alliance |
| 2/1/13 | 11:00 A.M. | N/A | Alliance |

## II. Diana Mey (additional calls)

A. Plaintiff's Telephone Number(s), Type and Company

| Phone Number | Type | Carrier | National Do-Not-Call Registration |
|---|---|---|---|
| ▇-1943 | Residential | AT&T | 07/01/03 |
| ▇-7346 | Cell | AT&T | 04/16/04 |

B. Call Details

| Date | Time | Caller Phone | Dealer Name[1] |
|---|---|---|---|
| 10/30/14 | 6:46 p.m. | 520-277-0420 | GE Security Professionals |
| 10/30/14 | 6:53 p.m. | 520-277-0420 | GE Security Professionals/ Alliance Security |
| 12/01/14 | 2:30 p.m. | 530-427-6500 | General Electric |

---

[3] During this call, the Plaintiff requested that he receive no more calls from VMS.

Dated: January 5, 2015.                  Respectfully Submitted,

                                            BAILEY & GLASSER LLP

By:  /s/ Jonathan R. Marshall
     Jonathan R. Marshall
     209 Capitol Street
     Charleston, West Virginia  25301
     Telephone:  (304) 345-6555
     Facsimile:  (304) 342-1110
     Email: jmarshall@baileyglasser.com

*Liaison Counsel*

     John W. Barrett
     BAILEY & GLASSER, LLP
     209 Capitol Street
     Charleston, West Virginia  25301
     Telephone:  (304) 345-6555
     Facsimile:  (304) 342-1110
     Email: jbarrett@baileyglasser.com

     Beth E. Terrell
     Mary B. Reiten
     TERRELL MARSHALL DAUDT
       & WILLIE PLLC
     936 North 34th Street, Suite 300
     Seattle, Washington  98103-8869
     Telephone:  (206) 816-6603
     Facsimile:  (206) 350-3528
     Email:  bterrell@tmdwlaw.com
     Email:  mreiten@tmdwlaw.com

*Co-Lead Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

I, Jonathan R. Marshall, hereby certify that on January 5, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all attorneys of record.

By: /s/ Jonathan R. Marshall
Jonathan R. Marshall